UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL LATHAM and
ANGIE LATHAM,

       Plaintiffs,                CASE NUMBER: 11-11678
                                          HONORABLE VICTORIA A. ROBERTS
                                          Magistrate Judge Michael Hluchaniuk

v.

ACCREDITED HOME LENDERS, INC.,
Et al,

       Defendants.
                                                    /

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

     On October 23, 2012, Magistrate Judge Michael Hluchaniuk issued a Report and Recommendation (R & R) [Doc 35] that plaintiffs' complaint against all defendants, except Accredited Home Lenders, Inc., be dismissed with prejudice under Rule 41(b) and defendants' motion for judgment on the pleadings [Doc 26] be denied as moot.

     Under Fed. R. Civ. P. 72(b), a party must file objections to a Magistrate's R & R within fourteen (14) days after being served with a copy of the R & R. The district court must then review *de novo* any part of the Magistrate's recommendation that is properly objected to. Fed. R. Civ. P. 72(b)(3).

     The time for filing objections to the R & R has passed; no party objected. Accordingly, the Court **ADOPTS** the R & R and dismisses all defendants, except Accredited

1

Home Lenders, Inc., with prejudice. *See Thomas v. Arn*, 474 U.S. 140, 149-50 (1985) (a district court need not review a magistrate judge's recommended disposition when no objections to that recommendation are filed).

    **IT IS ORDERED**.

                                          S/Victoria A. Roberts
                                          Victoria A. Roberts
                                          United States District Judge

Dated: December 7, 2012

> The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on December 7, 2012.
>
> S/ Carol A. Pinegar
> Deputy Clerk