UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL LATHAM and
ANGIE LATHAM,

   Plaintiffs,     CASE NUMBER: 11-11678
             HONORABLE VICTORIA A. ROBERTS
             Magistrate Judge Michael Hluchaniuk

v.

ACCREDITED HOME LENDERS, INC.,
Et al,

   Defendants.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

  On October 31, 2012, Magistrate Judge Michael Hluchaniuk issued a Report and Recommendation (R & R) [Doc 36] that plaintiffs' complaint as to Accredited Home Lenders Inc., be dismissed without prejudice, pursuant to Rule 4(m) and Local Rule 41.2.

  Under Fed. R. Civ. P. 72(b), a party must file objections to a Magistrate's R & R within fourteen (14) days after being served with a copy of the R & R. The district court must then review *de novo* any part of the Magistrate's recommendation that is properly objected to. Fed. R. Civ. P. 72(b)(3).

  The time for filing objections to the R & R has passed; neither party objected. Accordingly, the Court **ADOPTS** the R & R and Dismisses this defendant without prejudice. *See Thomas v. Arn*, 474 U.S. 140, 149-50 (1985) (a district court need not review a

1

magistrate judge's recommended disposition when no objections to that recommendation are filed).

**IT IS ORDERED**.

                                                S/Victoria A. Roberts
                                                Victoria A. Roberts
                                                United States District Judge

Dated: December 7, 2012

> The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on December 7, 2012.
>
> S/ Carol A. Pinegar
> Deputy Clerk